STATE OF NEW JERSEY IN THE INTEREST OF J.M.

July 14, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANK SHELDRICK.

July 14, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ALBERT CHAVIES.

July 14, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN WILLIAM BROWN.

July 14, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. HARRY HERBERT, JR.

July 14, 1982.

Petition for certification denied.